No. 90–7901. IN RE ELLEDGE. Motions of National Legal Aid and Defender Association and National Association of Criminal

Defense Lawyers for leave to file briefs as *amici curiae* granted. Petition for writ of mandamus denied.